# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **D'WANNA WILLIAMS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| **vs.** ) | **2:21-cv-132-AKK** |
| ) | |
| **SPEEDTRACK, INC.,** ) | |
| ) | |
| Defendant. ) | |

## SHOW CAUSE ORDER

It has come to the Court's attention that Defendant, who was served on February 12, 2021, has failed to file an answer or otherwise respond to Plaintiff's Complaint. Plaintiff have failed to seek a default judgment. Therefore, it is hereby ORDERED that Plaintiff SHOW CAUSE, in writing, on or before, April 30, 2021, why the claims against Defendant should not be dismissed for want of prosecution. A motion for entry of default, with supporting affidavits, will be deemed an adequate response to this Order.

Done the 16th day of April, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE