UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

CASE NO: 2:21-CV-00132-AKK

vs.

SPEEDTRACK, INC,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled case without prejudice. Except as contained in the settlement agreement of the parties, each party shall bear its own attorneys' fees, costs, and expenses.

Dated this 21st day of April, 2021.

                                    Respectfully submitted,

                                    s/ Edward I. Zwilling
                                    Edward I. Zwilling
                                    Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of April, 2021, I have electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following counsel of record at the email address registered with CM-ECF.

*s/ Edward I. Zwilling*
Edward I. Zwilling