# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **D'WANNA WILLIAMS,** | ) | |
| **Plaintiff** | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:21-cv-00132-AKK** |
| **SPEEDTRACK, INC.,** | ) | |
| **Defendant.** | ) | |

## ORDER

In light of D'Wanna Williams Notice of Voluntary Dismissal Without Prejudice, doc. 5, it is **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The clerk is **DIRECTED** to close the file. Each party to bear its own costs.

**DONE** the 22nd day of April, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE